IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SHELLY L. M.,

    Plaintiff,

v.                                                                                          Civ. No. 24-1059 GBW

LELAND DUDEK, *Acting Commissioner of the*
*Social Security Administration*,

    Defendant.

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR REMAND TO AGENCY

THIS MATTER is before the Court on Defendant's Unopposed Motion for Remand to Agency Pursuant to Sentence Four of 42 U.S.C. § 405(g). *Doc. 16*. The Court being fully advised, and noting the parties' concurrence, finds that the motion should be GRANTED.

Pursuant to the power of this Court to enter judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of the Commissioner's request for remand of this action for further proceedings, this Court hereby REVERSES the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a REMAND to

the Commissioner for further administrative proceedings.[1]  See *Shalala v. Schaefer*, 509 U.S. 292 (1993).

IT IS FURTHER ORDERED that Plaintiff's Motion to Reverse and Remand to Agency with Supporting Memorandum (*doc. 10*) is DENIED AS MOOT.

_____
GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE
**Presiding by Consent**

---

[1] The Court will enter a separate judgment pursuant to Federal Rule of Civil Procedure 58.